IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :   CRIMINAL ACTION
                                    :   NO. 12-108
    v.                              :
                                      :
NIKOS SANTA                    : 

## O R D E R

**AND NOW**, this **7th** day of **September, 2012**, for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1) Defendant's Motion to Suppress (ECF No. 18) is **DENIED;**

(2) Defendant's Motion for Leave to File Additional Pre-Trial Motions and Memorandum of Law (ECF No. 19) is **GRANTED** nunc pro tunc; and

(3) Defendant's Supplemental Motion to Suppress (ECF No. 29) is **DENIED.**

**IT IS FURTHER ORDERED** that this case was previously listed for trial on September 10, 2012, and is now **SPECIALLY LISTED** for trial on **September 12, 2012, at 9:30 a.m.,**

in courtroom 15A, U.S. Courthouse, 601 Market Street,

Philadelphia, Pennsylvania.[1]

**AND IT IS SO ORDERED.**


s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1]     The time between September 7, 2012, and September 13, 2012, shall be excluded in computing the time within which the trial in the above-captioned case must commence to allow counsel reasonable time for effective preparation for trial. See 18 U.S.C. § 3161(h)(7)(B)(iv) (2006).